UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Adel H. Amdallah                             Chapter 7
                                             Case No. 09-56036 TJT
              Debtor.                        Hon. Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $4.31, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 5 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ 4.31 |
| | **TOTAL:** | **$ 4.31** |

Dated:  8/17/2010           /s/ Frederick J. Dery
                            Frederick J. Dery, Trustee
                            803 W. Big Beaver
                            Suite 353
                            Troy, MI 48084
                            fdery@fredjdery.com